# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2015

## NO.  03-13-00698-CV

**Appellant, Doreen Rubio// Cross-Appellant, Jamie Walsh**

**v.**

**Appellees, Jamie Walsh; Emmet Walsh; Ellen Thornton, Individually; Ellen Thornton, Trustee; and Ellen Thornton, Trustee// Cross-Appellee, Doreen Rubio**

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BOURLAND, AND SHANNON*
### AFFIRMED -- OPINION BY JUSTICE SHANNON

This is an appeal from the judgment signed by the district court on July 25, 2013.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment.  Therefore, the Court affirms the district court's judgment.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

* Before Bob E. Shannon, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).